```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 17854
   ROSIE JONES
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-7214


-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 09/28/2007 and was confirmed 12/10/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 07/14/2008.
-------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED VEHIC   15221.20         455.35        1899.66
CAPITAL ONE AUTO FINANCE  UNSECURED           .00             .00            .00
CODILIS & ASSOCIATES ^    NOTICE ONLY    NOT FILED            .00            .00
SANTANDER CONSUMER USA    SECURED VEHIC   21897.00         559.05        2281.90
SANTANDER CONSUMER USA    UNSECURED           .05             .00            .00
HOMECOMINGS FINANCIAL     CURRENT MORTG       .00             .00            .00
HOMECOMINGS FINANCIAL     MORTGAGE ARRE   17892.04            .00            .00
FIRST PREMIER             UNSECURED      NOT FILED            .00            .00
BANCO POPULAR             UNSECURED      NOT FILED            .00            .00
CACH BANK OF MARIN        UNSECURED      NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         258.11            .00            .00
CITY OF CHICAGO PARKING   FILED LATE          .00             .00            .00
JEFFERSON CAPITAL SYSTEM  FILED LATE       1277.37            .00            .00
WOW INTERNET & CABLE SER  UNSECURED      NOT FILED            .00            .00
COMCAST                   UNSECURED      NOT FILED            .00            .00
CRESCENT REC              UNSECURED      NOT FILED            .00            .00
CRESCENT RECOVERY LLC     UNSECURED       16981.46            .00            .00
B-REAL LLC                UNSECURED         992.19            .00            .00
FIRST CONSUMERS NATIONAL  UNSECURED      NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         661.26            .00            .00
ECAST SETTLEMENT CORP     UNSECURED         440.23            .00            .00
IQ TELECOM                UNSECURED      NOT FILED            .00            .00
JC PENNY                  UNSECURED      NOT FILED            .00            .00
NBGL CARSONS              NOTICE ONLY    NOT FILED            .00            .00
NCO FINANCIAL             UNSECURED         536.33            .00            .00
SAGE TELECOM              UNSECURED      NOT FILED            .00            .00
CUB FOODS                 UNSECURED      NOT FILED            .00            .00
PEOPLES ENERGY CREDIT UN  UNSECURED        1781.40            .00            .00
PREMIER AUTO FINANCE      NOTICE ONLY    NOT FILED            .00            .00
MIDWEST SAVERS            UNSECURED      NOT FILED            .00            .00
WASHINGTON MUTUAL/PROVID  NOTICE ONLY    NOT FILED            .00            .00
HOMECOMINGS FINANCIAL     NOTICE ONLY    NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17854 ROSIE JONES
```

```
BANCO POPULAR              SECURED              .00              .00              .00
HOMECOMINGS FINANCIAL      UNSECURED      NOT FILED              .00              .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         623.61              .00              .00
PALISADES COLLECTION       UNSECURED        1996.74              .00              .00
NCO FINANCIAL              UNSECURED         317.44              .00              .00
LEGAL HELPERS PC           DEBTOR ATTY     2,550.00                               .00
TOM VAUGHN                 TRUSTEE                                             409.04
DEBTOR REFUND              REFUND                                                  .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    5,605.00

PRIORITY                                                  .00
SECURED                                              4,181.56
    INTEREST                                         1,014.40
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                   409.04
DEBTOR REFUND                                             .00
                           ---------------      ---------------
TOTALS                     5,605.00                  5,605.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 10/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 17854 ROSIE JONES